IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ERIC TEAGUE, ID #30551-058, Plaintiff, vs. DUSTIN GILMORE, et al., Defendants. | No. 3:17-CV-1613-C-BK |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment, Plaintiff's **state law claims** are **DISMISSED WITHOUT PREJUDICE** and Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE**.

SIGNED this 8th day of January, 2018.

SENIOR UNITED STATES DISTRICT JUDGE